UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW MOOSEJAW, LLC, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06827-VC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference scheduled for this Wednesday, October 16 is rescheduled for Wednesday, November 6 at 10:00 a.m. A case management statement is due on October 30, 2019.

**IT IS SO ORDERED.**

Dated: October 14, 2019

_____
VINCE CHHABRIA
United States District Judge