# BURSOR & FISHER
### P.A.

**1990 NORTH CALIFORNIA BLVD.**
**SUITE 940**
**WALNUT CREEK, CA 94596**
www.bursor.com

**NEAL J. DECKANT**
Tel: **925.300.4455**
Fax: **925.407.2700**
ndeckant@bursor.com

August 27, 2020

<u>*Via ECF*</u>

Re: *Revitch v. New Moosejaw, LLC et al.*, N.D. Cal. Case No. 3:18-cv-06827-VC

Dear Magistrate Judge Ryu,

      On July 29, 2020, the parties filed a joint discovery dispute concerning two issues: (1) Plaintiff moved to compel production of certain components of NaviStone's code; and (2) Plaintiff moved for sanctions related to the previous production of minified code.  (Dkt. No. 112).  On August 4, 2020, the Court ordered the parties to meet and confer and file a further letter today.  (Dkt. No. 114).  The parties have resolved the first issue concerning the motion to compel in its entirety through negotiation and compromise.  No further assistance from the Court is needed on that issue.

      The second issue concerning the request for discovery sanctions remains open, but the parties have agreed to meet and confer to see if further resolution is feasible.  Subject to the Court's approval, the parties will submit a supplemental letter regarding their progress no later than September 3, 2020.

Dated:  August 27, 2020

**BURSOR & FISHER, P.A.**

By:  */s/ Neal J. Deckant*
      Neal J. Deckant

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar. No. 320783)
Neal J. Deckant (State Bar No. 322946)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
        jsmith@bursor.com
        fklorczyk@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiff*

   */s/ David W. Bertoni*
David W. Bertoni *(pro hac vice)*
dbertoni@brannlaw.com
David Swetnam-Burland (226216)
dsb@brannlaw.com
Eamonn R.C. Hart *(pro hac vice)*
ehart@brannlaw.com
BRANN & ISAACSON
184 Main Street, 4th Floor
P.O. Box 3070
Lewiston, ME 04243-3070
Tel.: (207) 786-3566
 Fax: (207) 783-9325

Richard Pachter (120069)
richard@pachterlaw.com
LAW OFFICES OF RICHARD PACHTER
555 University Avenue, Suite 200
Sacramento CA 95825
Tel.: (916) 485-1617
Fax: (916) 379-7838

*Attorneys for NaviStone, Inc.*

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

  I, Neal J. Deckant, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  Executed on August 27, 2020 in Walnut Creek, California.

                */s/ Neal J. Deckant*
                Neal J. Deckant