UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW MOOSEJAW, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06827-VC<br><br>**ORDER REGARDING REQUEST FOR DISMISSAL**<br><br>Re: Dkt. No. 155 |

In light of Revitch's reply brief (Dkt. No. 160), the Court now orders the following:

1. Revitch and New Moosejaw's joint request for dismissal (Dkt. No. 155) is granted, and the hearing set for March 4, 2021 is vacated. The dismissal does not moot NaviStone's counterclaim.

2. No later than 7 days from the date of this order, Revitch and NaviStone are to submit a stipulated briefing schedule on Revitch's motion for summary judgment, including specifying whether NaviStone will cross-move for summary judgment.

3. The pending motion for class certification (Dkt. No. 134) is deemed withdrawn without prejudice.

4. NaviStone's motion to file under seal (Dkt. No. 156) is granted.

**IT IS SO ORDERED.**

Dated: February 19, 2021

_____
VINCE CHHABRIA
United States District Judge