**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Neal J. Deckant (State Bar No. 322946)
Frederick J. Klorczyk III (State Bar. No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           jsmith@bursor.com
           ndeckant@bursor.com
           fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVISTONE, INC.,<br><br>Defendant. | Case No. 3:18-cv-06827-VC<br><br>**TABLE OF EXHIBITS** |

TABLE OF EXHIBITS; CASE NO. 3:18-CV-06827-VC

| Declaration | # | Description |
|---|---|---|
| Declaration of Joel D. Smith in Support of Plaintiff's Motion for Summary Judgment ("Smith Decl.") | 1 | Excerpts of the deposition transcript of NaviStone's CEO, Larry Kavanagh, taken in this matter on July 14, 2020. |
| Smith Decl. | 2 | Excerpts of the deposition transcript of NaviStone's 30(b)(6) witness, Larry Kavanagh, taken in this matter on August 24, 2020. |
| Smith Decl. | 3 | Excerpts of the deposition transcript of NaviStone's CTO, Thomas E. White, taken in this matter on July 16, 2020. |
| Smith Decl. | 4 | Excerpts of Plaintiff's deposition, taken in this matter on July 17, 2020. |
| Smith Decl. | 5 | Excerpts of Plaintiff's second deposition, taken in this matter on September 18, 2020. |
| Smith Decl. | 6 | Document produced by Defendant NaviStone in this case, which was Bates marked NAVISTONE_002356-62 and marked as Deposition Exhibit No. 13. |
| Smith Decl. | 7 | Screenshot of Plaintiff's internet history, which he produced in this case. The document is Bates marked PLF00001 and marked as Deposition Exhibit No. 41. |
| Smith Decl. | 8 | copies of two Gizmodo.com articles produced by Defendant NaviStone in this case, which were Bates marked NAVISTONE_007283-7310 and marked as Deposition Exhibit Nos. 19 and 20. |
| Smith Decl. | 9 | Joint discovery letter filed by Plaintiff and Defendant NaviStone in this matter on July 29, 2020 (Dkt. No. 112). Exhibits that were previously attached to the letter are omitted. |
| Smith Decl. | 10 | Excerpts of Defendant NaviStone's responses to Plaintiff's request for inspection, which were served by NaviStone in this case. |
| Smith Decl. | 11 | Document produced by Defendant NaviStone in this case, which was Bates marked NAVISTONE_004818-46 and marked as Deposition Exhibit No. 25. |
| Smith Decl. | 12 | Document produced by Defendant Moosejaw in this case, which was Bates marked MJ-(Revitch)-0026476 and marked as Deposition Exhibit No. 44. The document is identified by Moosejaw's counsel as "a customer record from Moosejaw.com" at Plaintiff's Dep., 147:23-24. In addition, an identical document bearing the same bates number was filed by Moosejaw at Dkt. No. 142-16, which is authenticated in Paragraph 8 of the Declaration of Kelli Patterson, wherein Ms. Patterson states the record reflects a visit by Plaintiff to Moosejaw.com in March 2017 (Dkt. No. 142-14). |

| Declaration | # | Description |
|---|---|---|
| Smith Decl. | 13 | Excerpts of the deposition transcript of Daniel Pingree, Moosejaw's witness, taken in this matter on July 23, 2020. |
| Smith Decl. | 14 | NaviStone's Responses to Plaintiff's Third Set of Interrogatories, served upon Plaintiff on March 26, 2020. |
| Smith Decl. | 15 | Excerpts of a document produced by Defendant Moosejaw in this case, which was Bates marked MJ-(Revitch)-0003820-23 and marked as Deposition Exhibit No. 8 (filed under seal). |
| Smith Decl. | 16 | Excerpts of the deposition transcript of Dr. Greg Humphreys, Defendants' expert witness, taken in this matter on October 28, 2020 (filed under seal). |