**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Neal J. Deckant (State Bar No. 322946)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         jsmith@bursor.com
         ndeckant@bursor.com
         fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVISTONE, INC.,<br><br>Defendant. | Case No. 3:18-cv-06827-VC<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 3:18-CV-06827-VC

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd., Suite 940, Walnut Creek, CA 94596.  On April 1, 2021, I served the following **confidential** document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (UNREDACTED)**

**DECLARATION OF JOEL D. SMITH IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (UNREDACTED)**

☐ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by facsimile transmission on that date.  This document was transmitted by using a facsimile machine, telephone number (925) 470-2700.  The transmission was reported as complete and without error.

☐ By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☒ by e-mail transmission on that date.  These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

BRANN & ISAACSON
David Bertoni (admitted pro hac vice)
Eamonn Hart (admitted pro hac vice)
David Swetnam-Burland (State Bar No. 226216)
184 Main Street, 4th Floor
P.O. Box 3070
Lewiston, ME 04243-3070
Telephone: (207) 786-3566
Facsimile: (207) 783-9325
E-Mail:   dbertoni@brannlaw.com
               ehart@brannlaw.com
               dsb@brannlaw.com

LAW OFFICES OF RICHARD PACHTER
Richard Pachter (State Bar No. 120069)
500 Capitol Mall, Suite 2200

Sacramento, CA 95814
Telephone: (916) 485-1617
Facsimile: (916) 379-7838
E-Mail: richard@pachterlaw.com

*Attorneys for Defendant*
NAVISTONE, INC.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on April 1, 2021, at Walnut Creek, California.

_____
Debbie Schroeder