UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH REVITCH,<br><br>        Plaintiff,<br><br>v.<br><br>NEW MOOSEJAW, LLC, et al.,<br><br>        Defendant. | 18-cv-06827-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case for lack of jurisdiction, now enters judgment in favor of the defendant NaviStone and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 10, 2021

_____
VINCE CHHABRIA
United States District Judge